## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**VINCENT ZUNIGA, et al,,**

     **Plaintiffs,**

**v.**                                                                 **Case No: 5:23-cv-351-PRL**

**CITY OF GROVELAND, et al.,**

     **Defendants.**

_____

### ORDER

Plaintiffs have filed a motion for reconsideration of the Court's prior Order dismissing Plaintiffs' state law claims without prejudice after declining to exercise supplemental jurisdiction over them. (Doc. 31). Upon due consideration, Plaintiffs' motion for reconsideration (Doc. 34) is **GRANTED** to the extent that this matter is **REMANDED** to the Fifth Judicial Circuit Court, in and for Lake County, Florida.

**DONE** and **ORDERED** in Ocala, Florida on August 7, 2024.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties